LAW OFFICES

# WEIR LLP

A Pennsylvania Limited Liability Partnership

20 Brace Road, Suite 201
Cherry Hill, New Jersey 08034

WEIRLAWLLP.COM

Jennifer Hiller Nimeroff                                                                Direct Dial (215) 241-7757
Member of PA and NJ Bars                                                              E-mail: jhiller@wgpllp.com

June 23, 2025

**<u>Via ECF</u>**

Honorable Matthew J. Skahill, U.S.M.J.
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3C
Camden, NJ 08101

        **Re:** **Tedesco, et al. v. Borough of Haddonfield, et al.**
             **Civil Action No. 24-09005**

Dear Judge Skahill:

      This law firm represents the Plaintiffs in connection with the above-referenced action. We write to inform the Court of an impasse with respect to discovery.

      On October 23, 2024, Plaintiffs served Interrogatories and Requests for Production of Documents on Defendant, Borough of Haddonfield (the "Borough"). After the passage of six months, on April 23, 2025, the Borough produced written responses to Plaintiffs' Interrogatories. On May 13, 2025, the Borough produced written responses to Plaintiffs' Requests for Production of Documents. True copies of the Borough's written discovery responses (which include Plaintiffs' discovery requests) are attached hereto as Exhibits 1 and 2.

      Plaintiffs reviewed the Borough's written discovery responses and document production and noted many deficient responses. On May 20, 2025, Plaintiffs issued a deficiency letter ("Deficiency Letter") to the Borough, detailing the deficiencies and requesting supplemental responses by May 28, 2025. A true copy of the Deficiency Letter is attached hereto as Exhibit 3. No supplemental written responses were provided. Instead, on June 13, 2025, the Borough produced approximately 500 pages of additional documents. When undersigned counsel inquired as to what the supplemental document production represented, we were informed that the documents "supplement the Borough's Rule 26 Disclosures and prior document responses, are in

Magistrate Judge Matthew J. Skahill
June 23, 2025
Page 2

response to the deficiency letter, and relate in part to the supplemental requests."[1] We responded that "we would really appreciate understanding what documents are specifically in response to which document requests," but have not received any further communications from the Borough.

Plaintiffs have been patient. Nearly eight (8) months have passed since written discovery was issued and Plaintiffs still have no understanding of very basic information such as: who designed the Borough's stormwater management system at and/or near the Plaintiffs' properties ("Properties"); when the stormwater management system was designed and constructed; who is responsible for the repair and maintenance of the Borough's stormwater management system at and/or near the Properties; what efforts the Borough has taken to reduce and/or control the stormwater that enters and flows through the stormwater management system near the Properties; whether the Borough has received any complaints regarding drainage issues at and/or near the Properties; and, among other things, when the Borough first learned of flooding issues at and/or near the Properties. This is all basic information the Borough has failed and/or refused to produce. The Deficiency Letter details many more items of discovery that should have been provided, but have been withheld (or do not exist, but that should be disclosed as well).

Plaintiffs are prejudiced by the Borough's failure to provide discovery and should not be required to conduct depositions without basic information. An order compelling the Borough to provide supplemental responses to Plaintiffs' discovery and to produce documents (or disclose that no responsive documents exist) is necessary.

Very truly yours,

JENNIFER HILLER NIMEROFF
ROBERT D. SOKOLOVE

JHN/
cc: William Cook, Esquire (*via* ECF)
Joseph T. Carney, Esquire (*via* ECF)

---

[1] On May 21, 2025, Plaintiffs served the Borough with Supplemental Requests for Production of Documents.