# EXHIBIT "1"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHELE AND FRANK TEDESCO, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BOROUGH OF HADDONFIELD and NEW JERSEY-AMERICAN WATER COMPANY, INC.,**<br><br>**Defendants.** | CIVIL ACTION<br><br>Docket No. 1:24-cv-09005-RMB-MJS |

---

**DEFENDANT BOROUGH OF HADDONFIELD'S RESPONSES TO INTERROGATORIES FROM PLAINTIFFS**

---

TO: Jennifer Hiller Nimeroff, Esquire
Robert D. Sokolove, Esquire
**WEIR GREENBLATT PIERCE LLP**
35 Kings Highway East, Suite 200
Haddonfield, New Jersey 08033
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that Defendant, the Borough of Haddonfield ("Borough" or "Haddonfield"), submits the following Responses to the Interrogatories served upon it by Plaintiffs Michelle and Frank Tedesco, Rose and Victor Palladino, Alex and Sheila Colalillo, Jodi and Steve Mellul, and Alice and Ronald Sandmeyer ("Plaintiffs").

**PLEASE TAKE FURTHER NOTICE** that Haddonfield reserves the right to further amend or supplement these Responses as may be necessary or appropriate in the future or as the discovery of additional or further information may warrant.

**PLEASE TAKE FURTHER NOTICE** that Haddonfield objects to each Instruction to the extent that it requires Haddonfield to provide responses beyond those required under the Federal Rules of Civil Procedure and/or the Local Civil Rules.

**PLEASE TAKE FURTHER NOTICE** that Haddonfield objects to each Request to the extent that it requires Haddonfield to provide responses beyond those required under the Federal Rules of Civil Procedure and/or the Local Civil Rules.

                                        **BROWN & CONNERY, LLP**
                                        *Attorneys for Defendant*
                                        *Borough of Haddonfield*

                                  By: *s/ William F. Cook*
                                        William F. Cook, Esquire
                                        Joseph T. Carney, Esquire
                                        360 N. Haddon Avenue
                                        Westmont, New Jersey 08108
                                        Phone: (856) 854-8900
                                        Fax: (856) 858-4967
                                        Email: wcook@brownconnery.com
                                        Email: jcarney@brownconnery.com

# RESPONSES

1. State the name, current address and telephone numbers of all individuals who provided responses to these interrogatories.

**RESPONSE:**

**Sharon McCullough**
**Borough Administrator**
**856-429-4700, ext. 215**
**242 Kings Highway East**
**Haddonfield, New Jersey 08033**

2. Have you or anyone acting on your behalf obtained from any person, including any party to this lawsuit, any statement, including without limitations, anyone claiming to have witnessed and/or claiming to have knowledge concerning this action or its subject matter? If so, identify:

    a. Each person's name;

    b. When, where and by whom and to whom each statement was made and whether it was reduced to writing otherwise recorded; and

    c. The name, address and telephone number of any person who has custody of any such statements that were reduced to writings or otherwise recorded.

**RESPONSE:**

**No formal statements.**

3. Identify who (a) designed and (b) constructed the Borough's stormwater management system, and (c) who is responsible for its repair and maintenance.

**RESPONSE:**

**The Borough's stormwater system is the product of a multitude of projects going back decades, involving many professionals and contractors. Further specificity is needed in the interrogatory as to a particular area of the Borough and a particular time frame. Identification of who designed and constructed projects from any point in time is overbroad. Repair and maintenance is accomplished through the Borough, its retained professionals, and contractors.**

4. Describe all efforts the Borough has undertaken to reduce and/or control the amount of water which enters and flows through the stormwater management system near the Properties, and describe how successful those efforts have been

**RESPONSE:**

**The interrogatory is vague with respect to "reduce and/or control water which enters and flows through the stormwater management system near the Properties" and further vague as to the "how successful those efforts have been." By way of further response, the Borough's operation and impact of the stormwater drainage system in the area of the Properties will be the subject of expert discovery.**

5.     Has the Borough undertaken any analysis or studies to determine how the water can more efficiently flow through its stormwater management system; and if so, describe the analysis or studies undertaken, when such analysis or studies were undertaken and the results obtained.

**RESPONSE:**

**The interrogatory is vague with respect to the term "more efficiently flow" and is further overbroad insofar as it refers the Borough's stormwater system at any area at any point in time. Further specificity is required. By way of further response, the Borough's operation and impact of the stormwater drainage system in the area of the Properties will be the subject of expert discovery.**

6.     Set forth all complaints the Borough has received regarding any issues or problems involving drainage relating to the stormwater management system near the Properties.

**RESPONSE:**

**The interrogatory is overbroad as it has no time frame and further references "near the Properties" which is vague.**

7. Describe in detail all of the maintenance, monitoring, operational and analyses/efforts the Borough or its consultants have undertaken in the ten years prior to the filing of the Complaint, to help ensure reasonable, proper and effective operation of the stormwater management system in and around the Properties.

**RESPONSE:**

**To be supplied through expert discovery.**

8. Do the Borough's engineers and/or the Borough's public works department and/or any other Borough agency or department maintain any records regarding (a) the subject stormwater management system and, in particular, the system in and around the Properties and (b) the flooding in the area around Plaintiffs' Properties? If so, describe and produce such records.

**RESPONSE:**

**Subject to any applicable statewide retention requirements, the Borough maintains records relating to stormwater management and related projects, as well as records relating to flooding. Relevant, non-privileged stormwater-related documents relating to the Properties speak for themselves and will be produced as discovery continues.**

9. Describe in detail all facts that support the Borough's denial of the factual allegations contained in paragraphs 6, 7, 10, 11, 14-16, 24 and 34-36 of Plaintiffs' Complaint, identify each person with relevant knowledge of such facts and all documents that refer or relate to your responses to this interrogatory.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

10. State the facts and identify all documents in support of your 6th affirmative defense that Plaintiffs' claims are barred by virtue of the good faith exercise of official duties and offices." Identify each person with relevant knowledge of such facts.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

11.   State the facts and identify the documents in support of your 18th affirmative defense that "Plaintiffs' recovery is partially or fully barred by the provisions of New Jersey's Comparative Negligence Act or Joint Tortfeasor's Contribution Law." Identify each person with relevant knowledge of such facts.

**RESPONSE**:

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

12.   State the facts and identify all documents in support of your 21st Affirmative Defense that "Plaintiffs' claims are barred by the applicable statute of limitations." Identify each person with relevant knowledge of such facts.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

13. State the facts and identify all documents in support of your 22nd Affirmative Defense that "Answering Defendants did not exhaust administrative remedies." Identify each person with relevant knowledge of such facts.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

14. State the facts and identify all documents in support of your 32nd Affirmative Defense that "Plaintiffs" claims are barred by the procedural and substantive provisions of the New Jersey Tort Claims Act, *N.J.S.A.* 59:1-1 to 12-3. Identify each person with relevant knowledge of such facts.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

15. State the facts and identify all documents in support of your 83rd Affirmative Defense that "Plaintiffs' claims are barred by the Landowners Liability Act. . ." Identify each person with relevant knowledge of such facts.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

16. State the facts and identify all documents in support of your 94th Affirmative Defense that "Plaintiffs' claims are barred by the Federal Tort Claims Act." Identify each person with relevant knowledge of such facts.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

17. State the facts and identify all documents in support of your 95th Affirmative Defense that "Plaintiffs' claims are barred by the provisions of the National Flood Insurance Program." Identify each person with relevant knowledge of such facts.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

18. Since the facts and identify all documents in support of your 100th Affirmative Defense that "Each Plaintiff had actual and/or constructive [sic], prior to purchasing his/her property, that the property was in and/or in very close proximity to an area that floods." Identify each person with relevant knowledge of such facts.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

19. Set forth when the Borough first learned of flooding issues in and around Plaintiffs' Properties and describe in detail the names of the persons who learned of the flooding, their position within the Borough, the information that was conveyed to the Borough and the Borough's response.

**RESPONSE:**

**The interrogatory is vague regarding the term "flooding issues". As is the case in and beyond the Borough, heavy rain events will occur from time-to-time that may result in localized flooding. With the assistance of retained professionals, and as will be explained further in expert discovery, the Borough designs its stormwater systems in accordance with applicable design standards. The Borough did not receive any tort claim notices as required by law from any of the Plaintiffs in this action as to any recent issues or concerns.**

20. Identify all parties the Borough claims are "indispensable and necessary" to this litigation, but who have not been named, as alleged by the Borough in its 24th Affirmative Defense, and set forth all facts that support this defense.

**RESPONSE:**

**Objection. Pursuant to Local Civil Rule 33.1, contention interrogatories shall not be served until 60 days prior to the close of fact discovery unless otherwise permitted by the Court.**

21. Did the Borough or any of its representative inspect the stormwater management system in and around the Plaintiffs' Properties? If the answer is in the affirmative, state (a) when such inspections occurred, (b) the purpose of the inspections, (c) who performed the inspections, and (d) describe any and all efforts undertaken and the analyses made with respect to the stormwater management system and (e) identify all documents that were prepared in connection with such inspections.

**RESPONSE:**

**Objection as containing multiple interrogatories within one. With respect to inspections, none of the Plaintiffs in this matter filed tort claim notices which would, in turn, have triggered a Borough investigation into specific complaints. Plaintiffs' failure to file these critical notices deprived the Borough of the ability to investigate specific concerns. By way of further response, the Borough has a comprehensive stormwater ordinance and a comprehensive stormwater management plan, both of which have been produced in discovery. These are issued in accordance with state**

regulations. The Borough also has engineering professionals who are responsible for providing counseling and guidance on stormwater management issues. More specific analyses for these areas will be subject of expert testimony.

## CERTIFICATION

I, Sharon McCullough, hereby certify as follows:

1.    I hold the title of Borough Administrator. I am the agent of the Borough of Haddonfield for the purposes of answering the interrogatories served upon the attorneys for the Borough in this action by Plaintiffs.

2.    I have read the aforementioned interrogatories and the foregoing answers. The information stated therein has been compiled with the assistance of counsel for the Borough.

3.    The matters stated therein are not all entirely within my personal knowledge. As to the matters within my personal knowledge, the answers stated therein are true. As to matters outside my personal knowledge, I would need to consult with, or defer to, applicable files, records, and/or policies as applicable. I would also need to consult with administrative and/or supervisory personnel within the Borough, including not be limited to: Borough professionals, Borough Public Works, and other personnel.

4.    I am authorized by the Borough to answer these interrogatories on their behalf.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Borough of Haddonfield**

By: _____

Sharon McCullough

Date: April 23, 2025

14