**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MICHELE TEDESCO, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**BOROUGH OF HADDONFIELD, et al.,**<br><br>Defendant. | Civil Action No.1:24-cv-09005-RMB-MJS<br><br>**ORDER REGARDING DEPOSITIONS** |

**WHEREAS**, the above matter is pending before the Court in discovery; and

**WHEREAS**, the Court deems it necessary to order the scheduling of depositions;

**NOW, THEREFORE**, the Court **ORDERS** this __19th__ day of __September__, 2025 that the following depositions shall proceed on the dates listed:

1. September 26, 2025:    Victor Palladino
2. October 17, 2025:    Jodi Mellul
3. October 20, 2025:    Michelle Tedesco
4. October 21, 2025:    Alex Colalillo
5. October 22, 2025:    Sheila Colalillo
6. October 28, 2025:    Doug Johnson
7. November 5, 2025:    Sharon McCullough

_____
Matthew J. Skahill, U.S.M.J.

7U37322