# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com

September 22, 2025

**Honorable Renee M. Bumb, U.S.D.J.**                                **VIA ECF**
Chief Judge, United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street
Camden, New Jersey 08101

        Re:    **Tedesco v. Borough of Haddonfield, et al.**
                District of New Jersey Docket No. 1:24-cv-09005 (RMB/MJS)
                Our File 24-1667

Dear Chief Judge Bumb:

      I represent Defendant Borough of Haddonfield ("Borough" or "Haddonfield") in this matter. With respect to Defendant's pending Motion for Partial Summary Judgment (ECF No. 20) – which seeks dismissal of all state law tort claims in the Complaint that are covered by the New Jersey Tort Claims Act (N.J.S.A. 59:1-1 *et seq.*) – we wish to bring the enclosed decision issued today in the matter of Caputo v. Township of Cherry Hill, D.N.J. Docket No. 1:24-cv-07723 (KMW/SAK) to the Court's attention. The Caputo matter mirrors this case: a series of Plaintiffs are alleging state law tort claims for negligence, nuisance, and trespass in connection with a municipal stormwater system. As in this case, none of the Plaintiffs, or their attorneys, filed the required tort claim notices that are mandated by the Tort Claims Act. As here, the municipality moved for partial summary judgment on these state law tort claims due to the failure to file the requisite tort claim notices. In the enclosed comprehensive Opinion, District Judge Williams granted partial summary judgment as to all of these state law tort claims.

7U48731

**BROWN & CONNERY, LLP**

SEPTEMBER 22, 2025
PAGE 2

The Court specifically rejected similar arguments advanced here by Plaintiffs, including that there was substantial compliance with the Tort Claims Act.

For the reasons advanced here by the Borough, and for all of the reasons in the enclosed Opinion from Caputo, partial summary judgment should be granted as to Counts I, II, and III.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*/s/ William F. Cook*

William F. Cook, Esquire

WFC/
Enclosure
cc: All Record Counsel *(via email)*

7U48731