**BROWN & CONNERY LLP**
William F. Cook, Esquire
Joseph T. Carney, Esquire
Brianna M. Morello, Esquire
360 North Haddon Avenue
Westmont, New Jersey 08108
*Attorneys for Defendant the Borough of Haddonfield*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MICHELE AND FRANK TEDESCO, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BOROUGH OF HADDONFIELD and NEW JERSEY-AMERICAN WATER COMPANY, INC.,**<br><br>**Defendants.** | CIVIL ACTION<br><br>Docket No. 1:24-cv-09005-RMB-MJS<br><br>**STATEMENT OF UNDISPUTED MATERIAL FACTS ON BEHALF OF THE BOROUGH OF HADDONFIELD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO STEVEN MELLUL** |

1. On January 16, 2024, John J. Marquess and Carol A. Marquess granted all rights and title in 80 Chews Landing Road to Steven D. Mellul and Jodi Fox-Mellul (Ex. D-1).

2.  On March 29, 2024, Steven D. Mellul and Jodi Fox-Mellul granted all rights and title in 80 Chews Landing Road to Jodi Fox-Mellul (Ex. D-2).

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for the Borough of Haddonfield*

Dated: November 5, 2025

By: *s/ **William Cook***
William F. Cook, Esquire