UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE AND FRANK TEDESCO, ET AL : <br><br> Plaintiffs : <br><br> v. : <br><br> BOROUGH OF HADDONFIELD NEW JERSEY, ET AL : <br><br> Defendants. : | CIVIL ACTION <br><br> NO. 24-09005-RMB-JMS <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER** |

**THIS MATTER,** having come before the Court on the Plaintiffs' Motion to Quash Subpoena and for a Protective Order; and the Court having considered the Plaintiffs' Motion and supporting materials and the Defendants' submissions in opposition to the Motion, if any; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2025, **ORDERED** and **ADJUDGED** that the Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the subpoena issued by the Borough of Haddonfield on November 4, 2025 to Tavis Karrow for documents pertaining to Haddonfield Development Group, LLC is hereby quashed; and it is

**FURTHER ORDERED** that a protective order is hereby entered preventing Defendants from conducting discovery of and/or pertaining to Haddonfield Development Group, LLC.

1

**FURTHER ORDERED** that a copy of this Order shall be deemed served upon all counsel of record via electronic case filing.

_____
Honorable Renee Marie Bumb, U.S.D.J.
