

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax (856) 414-6077
*Sharon Campbell-Suplee, Resident Managing Attorney*

Direct Dial:  (856) 414-6008
Email:  pcjohnson@mdwcg.com

November 14, 2025

<u>**VIA E-FILING**</u>

The Hon. Renee Marie Bumb, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ  08101

      RE:   Tedesco, Michele and Frank, et al v. New Jersey - American Water Company, Inc.
             Docket No.:         C.A. No.1:24-cv-09005-RMB-MJS
             Our File No.:        41103.00236

Dear Judge Bumb:

     Our office represents the defendant, New Jersey – American Water Company, Inc., in the above-referenced matter.  The co-defendant, Borough of Haddonfield, has recently filed a Motion for partial Summary Judgment as to the claims asserted by the plaintiff, Steven Mellul, only.   New Jersey – American Water Company, Inc. concurs with all of the arguments asserted by the Borough of Haddonfield in support of their Motion for partial Summary Judgment and joins in on Haddonfield's Motion for partial Summary Judgment as to the Mellul claims.   New Jersey – American Water Company, Inc. will rely upon all of the arguments raised by Haddonfield in their moving papers.  New Jersey – American Water Company, Inc. requests that any Order that the Court may enter granting Haddonfield's Motion for partial Summary Judgment also be applicable to New Jersey – American Water Company, Inc. and that, if the Court grants Haddonfield's Motion for partial Summary Judgment and dismisses the Complaint of Steven Mellul as to Haddonfield, that the Complaint of Steven Mellul also be dismissed as to New Jersey – American Water Company, Inc.

                                               Respectfully submitted,

                                               /s/ *Paul C. Johnson*
                                               Paul C. Johnson

PCJ:csc
cc:    All Counsel
LEGAL/172803336.1