[Docket No. 20]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHELLE AND FRANK TEDESCO, et al.<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF HADDONFIELD and NEW JERSEY-AMERICAN WATER COMPANY, INC.,<br><br>Defendants. | Civil A. No. 24-09005 (RMB/MJS)<br><br>**ORDER** |

**RENÉE MARIE, BUMB, Chief United States District Judge:**

**THIS MATTER** comes before the Court by way of Defendant Borough of Haddonfield's ("Defendant") Motion for Partial Summary Judgment (Dkt. No. 20); Plaintiffs Michelle and Frank Tedesco, Alex and Sheila Colalillo, Jodi and Steve Mellul, and Alice and Ronald Sandmeyer (collectively, "Plaintiffs") Opposition thereto (Dkt. No. 22); and Defendant's Reply (Dkt. No. 23). The Court, having considered the Parties' submissions without oral argument pursuant to L.Civ.R. 78.1(b); for the reasons set forth in the accompanying Opinion of even date; and for good cause shown;

**IT IS** on this **18th** day of **November 2025,** hereby

**ORDERED** that Defendant's Motion for Partial Summary Judgment (Dkt. No. 20) is **GRANTED** as to Count I (Negligence/ Dangerous Condition), Count II (Nuisance), and Count III (Trespass).

<u>s/ Renee Marie Bumb</u>
RENÉE MARIE BUMB
Chief United States District Judge