**BROWN & CONNERY LLP**
William F. Cook, Esquire
Joseph T. Carney, Esquire
360 North Haddon Avenue
Westmont, New Jersey 08108
*Attorneys for Defendant the Borough of Haddonfield*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHELE AND FRANK TEDESCO, et al.** <br><br> **Plaintiffs,** <br><br> v. <br><br> **BOROUGH OF HADDONFIELD and NEW JERSEY-AMERICAN WATER COMPANY, INC.,** <br><br> **Defendants.** | CIVIL ACTION <br><br> Docket No. 1:24-cv-09005-RMB-MJS <br><br> **DECLARATION OF WILLIAM F. COOK IN SUPPORT OF REPLY BRIEF ON BEHALF OF DEFENDANT BOROUGH OF HADDONFIELD IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO ALL CLAIMS OF STEVEN MELLUL** |

I, William F. Cook, Esquire, being of full age, hereby certify as follows:

1. I am a partner with the law firm of Brown & Connery, LLP, counsel for the Defendant, Borough of Haddonfield ("Haddonfield"), in the above-referenced matter. I have personal knowledge of the facts set forth herein.

2. I submit this Certification in support of Haddonfield's Motion for partial Summary Judgment.

3. Attached hereto as Exhibit A is a true and accurate copy of the opinion Twp. of Montville v. MCA Assocs., L.P., 2008 N.J. Super. Unpub. LEXIS 1830 (App. Div. Aug. 18, 2008).

4. Attached hereto as Exhibit B is a true and accurate copy of the LexisNexis NJ Court Rules Anno. ¶4:73-2.01 Practice Tips to Rule 4:73-2.

I declare under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if the foregoing statements are willfully false, I am subject to punishment.

                                                 Respectfully submitted,

                                                 **BROWN & CONNERY, LLP**
                                                 *Attorneys for the Borough of Haddonfield*

Dated: November 24, 2025           By: s/ *William Cook*
                                                   William F. Cook, Esquire