### 2-4:73 LexisNexis NJ Court Rules Anno. P 4:73-2.01

LexisNexis New Jersey Court Rules Annotated  >  PART IV RULES GOVERNING CIVIL PRACTICE IN THE SUPERIOR COURT, TAX COURT AND SURROGATE'S COURTS  >  CHAPTER VII PROVISIONAL AND FINAL REMEDIES AND SPECIAL PROCEEDINGS  >  RULE 4:73 CONDEMNATION; APPEALS FROM ASSESSMENT  >  4:73-2 PARTIES; TRIAL OF DISPUTES AS TO TITLE

## ¶ 4:73-2.01 Practice Tips to Rule 4:73-2

**Strategic Point:** To have standing to bring an inverse condemnation claim, the claimant must have title to the property at the time the complaint is filed.

**Strategic Point:** Unless an option to purchase is exercised, the option holder has no standing to intervene or participate as a party in a condemnation proceeding or to share in an award. An unexercised leasehold option, and an unexercised option to renew a lease, are interests in realty which are compensable in a condemnation proceeding.

**Strategic Point:** Where the State acquires title to property by a voluntary conveyance, any liens must be discharged by the payment of the lienholders from the proceeds of the sale or by agreement with the lienholders. If any liens on property required for public purposes cannot be discharged in this manner, the governmental agency must bring condemnation proceedings in order to obtain clear title. The lienholders must be named as parties to be afforded an opportunity to participate in the proceedings to establish the fair market value of the property.

**Strategic Point:** Settlement of any title disputes or entitlement to condemnation proceeds may not be submitted to a jury in a Superior Court, but instead should be brought in an independent or ancillary proceeding pursuant to *N.J. Ct. R. 4:73-9*. Title disputes can be tried before or after damages are determined.

**Strategic Point:** It is not enough to merely claim an individual has an interest in the property in order for the plaintiff to make the individual a party or to permit him or her to intervene; rather, the individual must make a prima facie showing of some reasonable legal basis of his claim of interest.

**Warning:** All mortgage holders must be joined as defendants when mortgaged land is the subject of the condemnation.

**Exception:** Parties who hold an unexercised purchase option do not have standing to participate in a condemnation action.

LexisNexis NJ Court Rules Anno.
Copyright 2016, Matthew Bender & Company, Inc., a member of the LexisNexis Group.

**End of Document**