# EXHIBIT D

CAMDEN COUNTY, NJ
CAMDEN COUNTY CLERK'S OFFICE
DEED-OR BOOK 12572/316
RECORDED 05/02/2024 10:25:47
FILE NUMBER 2024028139
RCPT #: 2712275; RECD BY: LR14
RECORDING FEES $85.00
MARGINAL NOTATION $0.00
TOTAL TAX $0.00



# Camden County
## Document Summary Sheet

| | |
|---|---|
| **CAMDEN COUNTY CLERK** 520 MARKET ST CAMDEN NJ 08102 | **Return Name and Address** Dream Home Abstract 224 Kings Hwy E Haddonfield NJ 08033 |

Official Use Only

| | |
|---|---|
| **Submitting Company** | Dream Home Abstract LLC |
| **Document Date** (mm/dd/yyyy) | 03/29/2024 |
| **Document Type** | Deed |
| **No. of Pages of the Original Signed Document** (Including the cover sheet) | 5 |
| **Consideration Amount** (If applicable) | $1.00 |

| | Name(s) | (Last Name First Name Middle Initial Suffix) (or Company Name as written) | Address (Optional) |
|---|---|---|---|
| **First Party** (Grantor or Mortgagor or Assignor) (Enter up to five names) | | Steven D. Mellul Jodi Fox-Mellul | |
| **Second Party** (Grantee or Mortgagee or Assignee) (Enter up to five names) | | Jodi Fox-Mellul | |

| | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| **Parcel Information** (Enter up to three entries) | Borough of Haddonfield | 79.01 | 21 | | 80 Chews Landing Road Haddonfield, NJ 08033 |

| | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| **Reference Information** (Enter up to three entries) | | | | | |

*DO NOT REMOVE THIS PAGE.
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF CAMDEN COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

Book12572/Page316

CC000094
CC000094

Prepared by:
HILARY A. FUELLEBORN, ESQ.
Yorkway Law Group

# DEED

This Deed is made on _____ March 29, 2024 _____

      **BETWEEN  STEVEN D. MELLUL AND JODI FOX-MELLUL, husband and wife,** whose address is 80 Chews Landing Road, Haddonfield, NJ 08033, referred to as the Grantor,

      **AND JODI FOX-MELLUL, a married woman,** whose address is 80 Chews Landing Road, Haddonfield, NJ 08033, referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

      **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of **ONE DOLLAR ($1.00)**. The Grantor acknowledges receipt of this money.

      **Tax Map Reference.** (N.J.S.A. 46:15-2.1) Borough of Haddonfield, County of Camden, State of New Jersey.

      Block No. 79.01                 Lot No. 21

[ ] No property tax identification number is available on the date of this deed. (Check if Applicable)

      **Property.** The property consists of the land and all the buildings and structures on the land in the Borough of Haddonfield, County of Camden, and State of New Jersey. The legal description is:

BEGINNING at a point connecting the Northwesterly line of Chews Landing Road (a/k/a Highland Avenue) (66.00 feet wide) with the Northeasterly line of Station Avenue (60.00 feet wide); thence

(1) North 68 degrees 39 minutes 05 seconds West along the Northeasterly line of Station Avenue, 160.00 feet to a point in the division line of Lots 21 and 22, Block 79.01; thence

(2) North 21 degrees 20 minutes 55 seconds East, a distance of 140.00 feet to a point in the division line between Lots 1.02 and 21, Block 79.01; thence

(3) South 68 degrees 39 minutes 05 seconds East along said division line, 160.00 feet to a point marked by a P.K. Nail found in the Northwesterly line of Chews Landing Road; thence

Book12572/Page317

CC000095
CC000095

(4) South 21 degrees 20 minutes 55 seconds West along Chews Landing Road, 140.00 feet to the point and place of beginning.

BEING known and designated as Lot 21.01, in Block 79.01, as set forth on a certain map entitled, "Plan of Subdivision, Block 79.01, Lots 21 and 21.01,", which map was filed on February 25, 1985, in the Camden County Clerk's Office as Map No. 699-5.

BEING the same premises conveyed to Steven D. Mellul and Jodi Fox-Mellul, husband and wife, by Deed from John J. Marquess and Carol A. Marquess, husband and wife, dated 01/16/2014, and recorded in the Camden County Clerk's Office on 02/03/2014 in OR Book 9959, Page 612.

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

Witnesseth:

_____    _____
                                  STEVEN D. MELLUL

_____    _____
                                  JODI FOX-MELLUL

STATE OF    New Jersey

COUNTY OF   Camden

I CERTIFY that on _____March 29_____, 2024 STEVEN D. MELLUL AND JODI FOX-MELLUL, personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):
    (a) is named in and personally signed this deed;
    (b) signed, sealed and delivered this Deed as his or her act and deed; and
    (c) made this Deed for One Dollar ($1.00) as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-7.)

_____
NOTARY PUBLIC
*Print name and title below signature*

Frank X McElroy
Commission #50164044
Notary Public, State of New Jersey
My Commission Expires
June 29, 2026

Book12572/Page318

CC000096
CC000096

GIT/REP-3
(2-21)
(Print or Type)

# State of New Jersey
## Seller's Residency Certification/Exemption

### Seller's Information

**Name(s)**
Steven D. Mellul and Jodi Fox-Mellul, husband and wife

**Current Street Address**
80 Chews Landing Road

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| Haddonfield | NJ | 08033 |

### Property Information

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 79.01 | 21 | |

**Street Address**
80 Chews Landing Road

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| Haddonfield | NJ | 08033 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 100 | $1.00 | $1.00 | 3/29/2024 |

### Seller's Assurances (Check the Appropriate Box) (Boxes 2 through 16 apply to Residents and Nonresidents)

1. [X] Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident Gross Income Tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.

2. [X] The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.

3. [ ] Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. [ ] Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. [ ] Seller is not an individual, estate, or trust and is not required to make an estimated Gross Income Tax payment.

6. [ ] The total consideration for the property is $1,000 or less so the seller is not required to make an estimated Income Tax payment.

7. [ ] The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey Income Tax return for the year of the sale and report the recognized gain.
   [ ] Seller did not receive non-like kind property.

8. [ ] The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.

9. [ ] The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.

10. [ ] The deed is dated prior to August 1, 2004, and was not previously recorded.

11. [ ] The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.

12. [ ] The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.

13. [ ] The property transferred is a cemetery plot.

14. [ ] The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

15. [ ] The seller is a retirement trust that received an acknowledgment letter from the Internal Revenue Service that the seller is a retirement trust, and is therefore not required to make the estimated Gross Income Tax payment.

16. [ ] The seller (and/or spouse/civil union partner) originally purchased the property while a resident of New Jersey as a member of the U.S. Armed Forces and is now selling the property as a result of being deployed on active duty outside of New Jersey. (Only check this box if applicable and neither boxes 1 nor 2 apply.)

### Seller's Declaration

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box [ ] I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

| 03/29/2024 | [signature] |
|---|---|
| Date | Signature (Seller)   Indicate if Power of Attorney or Attorney in Fact |

| 03/29/2024 | [signature] |
|---|---|
| Date | Signature (Seller)   Indicate if Power of Attorney or Attorney in Fact |

Book12572/Page319

CC000097

CC000097

RTF-1 (Rev. 3/2/22)
MUST SUBMIT IN DUPLICATE

STATE OF NEW JERSEY
AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY
COUNTY  Camden   SS.  County Municipal Code  0417

FOR RECORDER'S USE ONLY
Consideration  $
RTF paid by seller  $
Date_____  By_____

MUNICIPALITY OF PROPERTY LOCATION  Haddonfield Borough

*Use symbol "C" to indicate that fee is exclusively for county use.

(1) PARTY OR LEGAL REPRESENTATIVE (See Instructions #3 and #4 on reverse side)

Deponent, Steven D. Mellul (Name), being duly sworn according to law upon his/her oath, deposes and says that he/she is the Grantor (Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.) in a deed dated March 29, 2024 transferring real property identified as Block number 79.01   Lot number 21   located at 80 Chews Landing Road, Haddonfield, NJ 08033 (Street Address, Town) and annexed thereto.

(2) CONSIDERATION $1.00 (Instructions #1 and #5 on reverse side) ☐ no prior mortgage to which property is subject.

(3) Property transferred is Class 4A   4B   4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:
(See Instructions #5A and #7 on reverse side)
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation

$_____ ÷ _____% = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

(4) FULL EXEMPTION FROM FEE (See Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
(j) Between Husband and Wife

(5) PARTIAL EXEMPTION FROM FEE ( Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A. SENIOR CITIZEN   Grantor(s)  ☐ 62 years of age or over. *   (Instruction #9 on reverse side for A or B)
B. BLIND PERSON   Grantor(s)  ☐ legally blind or; *
   DISABLED PERSON   Grantor(s)  ☐ permanently and totally disabled ☐ receiving disability payments ☐ not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☐ Owned and occupied by grantor(s) at time of sale.   ☐ Resident of State of New Jersey.
☐ One or two-family residential premises.   ☐ Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C. LOW AND MODERATE INCOME HOUSING (Instruction #9 on reverse side) IF APPLIES ALL BOXES MUST BE CHECKED.
☐ Affordable according to H.U.D. standards.   ☐ Reserved for occupancy.
☐ Meets income requirements of region.   ☐ Subject to resale controls.

(6) NEW CONSTRUCTION (Instructions #2, #10 and #12 on reverse side) IF APPLIES ALL BOXES MUST BE CHECKED.
☐ Entirely new improvement   ☐ Not previously occupied.
☐ Not previously used for any purpose.   ☐ "NEW CONSTRUCTION" printed clearly at top of first page of the deed.

(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES (Instructions #5, #12, #14 on reverse side) IF APPLIES ALL BOXES MUST BE CHECKED.
☐ No prior mortgage assumed or to which property is subject at time of sale.
☐ No contributions to capital by either grantor or grantee legal entity.
☐ No stock or money exchanged by or between grantor or grantee legal entities.

(8) INTERCOMPANY TRANSFER IF APPLIES ALL BOXES MUST BE CHECKED. (Instruction #15 on reverse side)
☐ Intercompany transfer between combined group members as part of the unitary business
☐ Combined group NU ID number (Required) _____

(9) Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 29 day of March, 20 24

Signature of Deponent
80 Chews Landing Road
Haddonfield, NJ 08033
Deponent Address

XXX-XX-X
Last three digits in Grantor's Social Security Number

Steven D. Mellul & Jodi Fox-Mellı
Grantor Name
80 Chews Landing Road
Haddonfield, NJ 08033
Grantor Address at Time of Sale

Dream Home Abstract, LLC
Name/Company of Settlement Officer

Frank X McElroy
Commission #50164044
Notary Public, State of New Jersey
My Commission Expires
June 29, 2026

FOR OFFICIAL USE ONLY
Instrument Number_____ County_____
Deed Number_____ Book_____ Page_____
Deed Dated_____ Date Recorded_____

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:
STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at:
https://www.state.nj.us/treasury/taxation/lpt/localtax.shtml

Book12572/Page320

CC000098

CC000098