# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967



William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com

December 9, 2025

**Honorable Matthew J. Skahill, U.S.M.J.**          **VIA ECF**
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3C
Camden, New Jersey 08101

      Re:  **Tedesco v. Borough of Haddonfield, et al.**
           District of New Jersey Docket No. 1:24-cv-09005 (RMB/MJS)
           Our File 24-1667

Dear Judge Skahill:

      I represent Defendant Borough of Haddonfield ("Borough" or "Haddonfield") in this matter. As Your Honor may recall, a telephone status conference was conducted last week, at which time the Court directed that the parties send a joint status letter by today, December 9th, as to deposition scheduling, as well as matters relating to certain stipulations as to current Plaintiffs Victor Palladino, Rose Palladino, and Steven Mellul. This joint letter is submitted in response to the Court's request.

## DEPOSITIONS

      The parties have conferred as to availability for the fact depositions. Prior to the end of December, the parties are mutually available on December 16 (PM only) and December 18. The parties intend to complete the deposition of Borough Engineer Doug Johnson during these dates/times. The Borough will also be seeking the deposition of a new party, Theresa Riordan, who is the trustee of the 2021 Rose Palladino Trust, which is being substitute for current Plaintiffs Victor and Rose Palladino.

      An additional fact witness, Tavis Karrow, has been subpoenaed by the Borough for his deposition, but the Borough cannot take his deposition because Plaintiffs have a pending motion for protective order regarding information to be discussed at that deposition and the Borough does not wish to take that deposition in piecemeal fashion.

7UZ2159

**BROWN & CONNERY, LLP**

DECEMBER 9, 2025
PAGE 2

      Additional fact depositions to be completed include the depositions of an NJAW representative and an NJDEP representative. The parties will confer as to January dates for these depositions. Currently, the parties are mutually available on January 19, 20, and 21 and will work with those dates for these additional fact depositions.

**SUBSTITUTION OF VICTOR PALLADINO AND ROSE PALLADINO**

      Next, in light of the Borough's pending summary judgment motion as to Plaintiffs Victor and Rose Palladino (ECF No. 34), the parties now agree to the substitution of the 2021 Rose Palladino Trust (Theresa Riordan, Trustee) for the Palladinos. The parties are completing a stipulation which will be filed shortly.

**VOLUNTARY DISMISSAL OF PLAINTIFF STEVEN MELLUL**

      Next, as to the Borough's pending summary judgment motion as to Plaintiff Steven Mellul (ECF No. 68), the parties have met-and-conferred and agree to the voluntary dismissal of Steven Mellul on his pending inverse condemnation claim, with prejudice. The parties are completing a stipulation which will be filed shortly.

      Thank you.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*/s/ William F. Cook*

William F. Cook, Esquire

WFC/
cc: All Record Counsel *(via email)*

7UZ2159