**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHELE AND FRANK TEDESCO, ET AL | : |
| | : |
| Plaintiffs | :   CIVIL ACTION |
| | : |
| v. | :   NO. 24-09005-RMB-JMS |
| | : |
| BOROUGH OF HADDONFIELD NEW JERSEY, ET AL | : |
| | : |
| Defendants. | : |

**STIPULATION TO SUBSTITUTE THE ROSE PALLADINO 2021 FAMILY TRUST FOR PLAINTIFFS ROSE PALLADINO AND VICTOR PALLADINO IN COUNT IV OF THE COMPLAINT**

It is hereby stipulated and agreed by and among Jennifer Hiller Nimeroff, Esquire on behalf of Plaintiffs, William F. Cook, Esquire on behalf of Defendant, Borough of Haddonfield, and Paul C. Johnson, Esquire on behalf of Defendant, New Jersey – American Water Company, Inc., that The Rose Palladino 2021 Family Trust be substituted for Plaintiffs Rose Palladino and Victor Palladino in Count IV of the Complaint for inverse condemnation as against Defendant, Borough of Haddonfield.

1

| WEIR LLP | BROWN & CONNERY LLP |
|---|---|
| A Pennsylvania Limited Liability Partnership | |

By:   */s/ Jennifer Hiller Nimeroff*              By:   */s/ William F. Cook*
      Jennifer Hiller Nimeroff, Esquire           William F. Cook, Esquire
      Robert D. Sokolove, Esquire              Joseph T. Carney, Esquire
      1300 Route 73, Suite 314                 360 North Haddon Avenue
      Mt. Laurel, NJ 08054                     Westmont, NJ 08108
      (856) 429-7750                            (856) 854-8900
      (856) 427-0360 (Facsimile)              (856) 858-4967 (Facsimile)
      jhiller@weirlawllp.com                    wcook@brownconnery.com
      rsokolove@weirlawllp.com               jcarney@brownconnery.com
      *Attorneys for Plaintiff,*                   *Attorneys for Borough of*
      *Steven Mellul*                                *Haddonfield New Jersey*

MARSHALL DENNEHEY, P.C.


By:   */s/ Paul C. Johnson*
      Paul C. Johnson, Esquire
      15000 Midlantic Drive, Suite 200
      P.O. Box 5429
      Mount Laurel, NJ 08054
      (856) 414-6000
      (856) 414-6077 (Facsimile)
      pcjohnson@mdwcg.com
      *Attorneys for New Jersey -*
      *American Water Company, Inc.*

     **So Approved and Ordered by the Court on this _____ day of _____**

    **_____, 202__.**


                                                      _____