# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHELE AND FRANK TEDESCO, ET AL | : | |
| Plaintiffs | : | CIVIL ACTION |
| v. | : | NO. 24-09005-RMB-JMS |
| BOROUGH OF HADDONFIELD NEW JERSEY, ET AL | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL AS TO PLAINTIFF STEVEN MELLUL'S CLAIM FOR INVERSE CONDEMNATION AGAINST DEFENDANT, BOROUGH OF HADDONFIELD, IN COUNT IV OF THE COMPLAINT

It is hereby stipulated and agreed by and among Jennifer Hiller Nimeroff, Esquire on behalf of Plaintiff Steven Mellul (only), William F. Cook, Esquire on behalf of Defendant, Borough of Haddonfield, and Paul C. Johnson, Esquire on behalf of Defendant, New Jersey – American Water Company, Inc., that Plaintiff Steven Mellul (only) hereby dismisses Count IV of his Complaint for inverse condemnation as against Defendant, Borough of Haddonfield, with prejudice and without costs.

1

WEIR LLP
A Pennsylvania Limited Liability Partnership/s/

BROWN & CONNERY LLP

By: _/s/ Jennifer Hiller Nimeroff_
    Jennifer Hiller Nimeroff, Esquire
    Robert D. Sokolove, Esquire
    1300 Route 73, Suite 314
    Mt. Laurel, NJ 08054
    (856) 429-7750
    (856) 427-0360 (Facsimile)
    jhiller@weirlawllp.com
    rsokolove@weirlawllp.com
    *Attorneys for Plaintiff,*
    *Steven Mellul*

By: _/s/ Willaim F. Cook_
    William F. Cook, Esquire
    Joseph T. Carney, Esquire
    360 North Haddon Avenue
    Westmont, NJ 08108
    (856) 854-8900
    (856) 858-4967 (Facsimile)
    wcook@brownconnery.com
    jcarney@brownconnery.com
    *Attorneys for Borough of*
    *Haddonfield New Jersey*

MARSHALL DENNEHEY, P.C.

By: _/s/ Paul C. Johnson_
    Paul C. Johnson, Esquire
    15000 Midlantic Drive, Suite 200
    P.O. Box 5429
    Mount Laurel, NJ 08054
    (856) 414-6000
    (856) 414-6077 (Facsimile)
    pcjohnson@mdwcg.com
    *Attorneys for New Jersey -*
    *American Water Company, Inc.*

**So Approved and Ordered by the Court on this** 22nd **day of** December

_____**, 202**25

Matthew Skalill , USMJ

2