

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax (856) 414-6077
*Sharon Campbell-Suplee, Resident Managing Attorney*

Direct Dial:  (856) 414-6008
Email:  pcjohnson@mdwcg.com


May 5, 2026


**VIA E-FILING**

The Hon. Matthew J. Skahill, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 2060
4th & Cooper Streets
Camden, NJ  08101

> RE:   Tedesco, Michele and Frank, et al v. New Jersey - American Water Company, Inc.
> Docket No.:         1:24-cv-09005
> Our File No.:       41103.00236

Dear Judge Skahill:

Enclosed please find a proposed Discovery Confidentiality Order for this matter which has been executed by counsel for all parties.  If same meets with the Court's approval, kindly execute the enclosed Consent Order and file the executed Consent Order in this matter.   Thank you for your attention and consideration of this submission.

Respectfully submitted,

*/s/ Paul C. Johnson*

Paul C. Johnson

PCJ:csc
Enclosure
cc:     All Counsel
WSLEGAL/300036616.1