

LAW OFFICES

# WEIR LLP

A Pennsylvania Limited Liability Partnership

1300 Route 73, Suite 314
Mount Laurel, New Jersey 08054
WEIRLAWLLP.COM

Robert D. Sokolove, Esquire
Member of DC, MD, NJ and PA Bars

Direct Dial (215) 241-7706
E-mail: rsokolove@weirlawllp.com

May 21, 2026

***<u>Via ECF</u>***

Honorable Matthew J. Skahill, U.S.M.J.
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3C
Camden, NJ 08101

> **Re:    Tedesco, et al. v. Borough of Haddonfield, et al.**
> **Civil Action No. 24-09005**

Dear Judge Skahill:

On May 13, 2026, we submitted a pre-motion letter to the Court. (ECF/CM No. 87). On May 20, 2026, counsel for Defendant, Borough of Haddonfield, submitted a responding letter. (ECF/CM No. 88). On behalf of the Plaintiffs, we respectfully request the opportunity to address the Borough's response and discuss this matter with Your Honor at the status conference, currently scheduled for Tuesday, May 26, 2026. In other words, we respectfully request that the Court refrains from making any decisions until after counsel can be heard on May 26th. And, although not detailed in the pre-motion letter, we would like the opportunity to discuss a related issue at the status conference.

Respectfully submitted,

/s/ *Robert D. Sokolove*
ROBERT D. SOKOLOVE

cc:     William Cook, Esquire (*via* ECF)
Joseph T. Carney, Esquire (*via* ECF)
Brianna M. Morello, Esquire (*via* ECF)