Docket No. 61

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

MICHELE TEDESCO, et al.,

       Plaintiffs,

   v.

BOROUGH OF HADDONFIELD NEW
JERSEY, et al.,

       Defendants.

Civil No. 24-9005-RMB-MJS

**ORDER**

**RENÉE MARIE BUMB, Chief United States District Judge**:

    **THIS MATTER** comes before the Court upon a Motion for Summary Judgment filed by Defendant Borough of Haddonfield New Jersey (the "Borough"). [Docket No. 61 (the "Motion").] The Borough seeks to dismiss all claims against it filed by Plaintiff Steven Mellul ("Mellul"). After the Borough filed the Motion, the Court granted the Borough's then-pending Partial Motion for Summary Judgment [Docket No. 20], dismissing Mellul's negligence, nuisance, and trespass claims. [Docket No. 66.] That left Mellul's inverse condemnation claim against the Borough remaining, for which the Borough and Mellul have since filed a stipulated dismissal. [Docket No. 81.] Seeing that Mellul no longer has any live claims against the Borough, the Court will deny the Motion as moot. The Court notes that co-Defendant New Jersey - American Water Company, Inc. ("American Water Company") submitted a letter only to "rely upon all of the arguments raised" in the Borough's Motion.

[Docket No. 63.]  Because the Borough's Motion has been mooted, the Court finds no basis upon which to address American Water Company's letter.  Accordingly,

IT IS, on this **4th** day of **June 2026**, hereby:

ORDERED that the Borough's Motion for Summary Judgment is **DENIED AS MOOT**.

/s/ **Renée Marie Bumb**
Renée Marie Bumb
Chief United States District Judge

2