# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                    **DATE:** June 9, 2026

**JUDGE MATTHEW SKAHILL, U.S.M.J.**

**COURT REPORTER:** Court Conference Line

**TITLE OF CASE:**                        **DOCKET NO. 24-9005(RMB/MJS)**
TEDESCO et al
 v.
BOROUGH OF HADDONFIELD NEW JERSEY
et al.

**APPEARANCES:**
Jennifer Hiller, Esq. and Robert Sokolove, Esq. for Plaintiffs
William Cook, Esq. for Defendant Borough of Haddonfield New Jersey
Eric Glass, Esq. for Defendant New Jersey-American Water Company, Inc.

**NATURE OF PROCEEDINGS:**    Motion/Status Conference
Motion hearing on Plaintiff's [62] motion to quash and status conference held by phone on the record.
Ordered Motion [62] Denied.
Order to be entered.

                                         *s/Ryan Sanders*
                                         **DEPUTY CLERK**

**TIME COMMENCED:** 1:36 p.m. **TIME ADJOURNED:**  2:06 p.m.  **(off record)**

**TIME COMMENCED:** 2:06 p.m. **TIME ADJOURNED:**  2:41 p.m. **(on record)**

**TOTAL TIME:**    1 hour and 5 minutes