**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MICHELE TEDESCO, et al.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BOROUGH OF HADDONFIELD, et al.,**<br><br>**Defendants.** | Civil Action No. 1:24-cv-09005 (RMB/MJS)<br><br>**ORDER COMPELLING COMPLIANCE WITH DEPOSITION AND DOCUMENT SUBPOENAS BY TAVIS KARROW** |

**WHEREAS**, Defendant Borough of Haddonfield ("Borough") issued a deposition and document subpoena to Tavis Karrow dated July 29, 2025 for Mr. Karrow's deposition and for the production of documents related to this lawsuit (the "July 29, 2025 Subpoena", attached to this Order as Exhibit A); and

**WHEREAS**, the Borough issued a separate document subpoena dated November 4, 2025 to Mr. Karrow in his capacity as registered agent of Haddonfield Development Group, LLC ("HDG Subpoena"), requesting documents and associated communications related to HDG; and

**WHEREAS**, following motion practice, the HDG Subpoena was revised on June 10, 2026 (ECF No. 94), and a modified subpoena dated July 14, 2026 was issued by the Borough (the "July 14, 2026 HDG Subpoena", attached to this Order as Exhibit B); and

**WHEREAS**, despite diligent efforts by counsel to procure the above deposition and documents, such deposition and document productions remain incomplete; and

**WHEREAS**, the prompt completion of this deposition and these document productions is critically necessary due to the nature of the issues in this matter and in order to bring fact discovery to a close;

**NOW, THEREFORE**, the Court **ORDERS** this _________ day of _____________, 2026

as follows:

1. Tavis Karrow is hereby **ORDERED** to produce all documents responsive to the July 29, 2025 Subpoena and the July 14, 2026 HDG Subpoena within fourteen (14) days of the entry of this Order.
2. Tavis Karrow is hereby **ORDERED** to appear for his deposition as requested in the July 29, 2025 Subpoena within thirty (30) days of the entry of this Order.
3. To the extent these deadlines are not met, the Court will schedule an Order to Show Cause hearing, in-person in the District of New Jersey in Camden, at a date and time to be determined at which time Mr. Karrow will need to show cause as to why the Court should not order the imposition of fees, costs, and/or other relief for non-compliance with the subpoenas.

______________________________
Matthew J. Skahill, U.S.M.J.

**ALL PARTIES hereby agree to the form and entry of the above order.**

**WEIR LLP**
*Attorneys for Plaintiffs*

*/s/ Jennifer Hiller Nimeroff*________
Jennifer Hiller Nimeroff, Esquire

**BROWN & CONNERY LLP**
*Attorneys for Borough of Haddonfield*

*/s/ William F. Cook*___________
William F. Cook, Esquire

**MARSHALL DENNEHEY, P.C.**
*Attorneys for New Jersey-American Water, Inc.*

*/s/ Paul C. Johnson*____________
Paul C. Johnson, Esquire